

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    Sandeep Patel and ERCC Construction Company, LLC v. Warwick Construction, Inc.

Appellate case number:    01-20-00208-CV

Trial court case number:    14-DCV-219641

Trial court:    268th District Court of Fort Bend County

The motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____

    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Landau.

Date: _____July 19, 2022_____